# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **ENERGY TRANSFER GC NGLS LLC ET AL** | **CIVIL DOCKET NO: 6:24-CV-01527** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ENTERPRISE GAS PROCESSING LLC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, noting the OBJECTIONS TO REPORT AND RECOMMENDATION filed [Doc.31], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 25] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Plaintiffs' EMERGENCY MOTION TO REMAND AND APPLICATION FOR JUST COSTS AND ACTUAL EXPENSES. [Doc. 6] is hereby GRANTED IN PART and DENIED IN PART. This motion is GRANTED to the extent it seeks remand to state court. The motion is DENIED to the extent Plaintiffs seek attorneys' fees for removal.

THUS DONE AND SIGNED in Chambers on this 25th day of November 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE