# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# OFFICE OF THE CLERK

November 25, 2024

Dian Meaux Broussard, Clerk of Court
15th Judicial District Court
Vermilion Parish
100 N State St Ste 101
Abbeville, LA 70510

---

In re: Civil Action No. 6:24−cv−01527−DCJ−CBW
ENERGY TRANSFER G C N G L S L L C ET AL V. ENTERPRISE GAS PROCESSING L L C ET AL
Your Case No. 114768

Dear Clerk:

Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

Please acknowledge receipt on the enclosed copy of this letter.

ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1−866−323−1101.

THUS DONE  November 25, 2024.

DANIEL J. MCCOY
CLERK OF COURT

L LaCombe
DEPUTY CLERK OF COURT